FILED 8 MAY '12 11:01 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:12-cr-00241-HA |
| v. | INFORMATION |
| JOSEPH RUBINO, | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| | 21 U.S.C. § 846 |
| Defendant. | 21 U.S.C. § 853 |

**UNDER SEAL**

THE UNITED STATES ATTORNEY ALLEGES:

**COUNT 1 (DISTRIBUTION OF HEROIN RESULTING IN DEATH)**

On or about April 16, 2012, in the District of Oregon, **JOSEPH RUBINO**, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and that defendant's distribution of said heroin resulted in the death of another person, to wit: defendant distributed heroin which was ultimately used by Laurin Ann Putnam, whose use of said heroin resulted in her death, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT 2 (DISTRIBUTION OF HEROIN)**

On or about April 16, 2012, in the District of Oregon, **JOSEPH RUBINO**, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged herein, **JOSEPH RUBINO**, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

Dated this 7th day of May 2012.

S. AMANDA MARSHALL
United States Attorney
District of Oregon

KATHLEEN L. BICKERS, OSB#85151
Assistant United States Attorney

KEMP L. STRICKLAND, OSB#96118
Assistant United States Attorney

Page 2 - Information